**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ABEL DE LOS SANTOS-NINO,<br>　　aka "Jose Abel Delossantos,"<br>　　aka "Jose Abel de los Santos,"<br>　　aka "Jose Dejesus Delossantos,"<br>　　aka "Ninojose Abel Delossantos,"<br><br>　　　　Defendant. | Case No. 2:21-cr-00286-GMN-EJY<br>　　　　　　*SEALED*<br><br>**Order Unsealing Case** |

　　Upon consideration and review of the Government's motion:

　　IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Mario De Los Santos-Nino,* is unsealed.

　　**DATED** this 3rd day of November, 2021.

　　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Elayna J. Youchah
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge